```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
                                    X

ALAAMEEN ABDOOL,

             Plaintiff,                    ORDER
                                           22-CV-07869(KAM)(MMH)
      - against -

PORTFOLIO RECOVERY,

             Defendant.
                                    X
```

**KIYO A. MATSUMOTO, United States District Judge:**

*Pro se* Plaintiff Alaameen Abdool filed the instant action on December 19, 2022. (ECF No. 1) On December 27, 2022, the Clerk of Court sent Plaintiff a letter informing him that his submission was deficient as he failed to sign his complaint with an original signature and pay the Court's filing fee. In that letter, Plaintiff was instructed that in order to proceed, he must sign the complaint and either pay the $402.00 filing fee or return to the Court the enclosed *in forma pauperis* application within 14 days from the date of the letter. (ECF. No. 2.)

Two of the Court's orders mailed to *pro se* Plaintiff's record of address in Philadelphia were returned by the United States Postal Service as undeliverable. (ECF Nos. 4, 5.) On January 1, 2023, the Clerk of Court mailed the notice of the deficient filing to *pro se* Plaintiff at his address of record in

1

the instant action—409 E Roosevelt Blvd., Philadelphia, PA 19120. (ECF No. 4.) On January 30, 2023, the Clerk of Court mailed another notice to the Plaintiff at his Philadelphia address. (ECF No. 5.) In his related case, *Abdool v. Experian Information Services, Inc.*, 21-CV-4072 (KAM)(MMH), Plaintiff's address of record is listed as 1661 George Street, Ridgewood, NY 11385.

Accordingly, on February 3, 2023, Magistrate Judge Marcia M. Henry directed the Clerk of Court to mail the notice of the deficient filing to the Plaintiff's New York address and ordered Plaintiff to file a letter providing his current mailing address for the Court in this case by February 17, 2023. The Clerk of Court mailed the notice to Plaintiff's New York address on February 3, 2023, and the Clerk's mailing was not returned as undeliverable. A *pro se* Plaintiff has a duty to keep the Court apprised of his current address. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92 (2d Cir. 1995) ("[a]lthough *pro se* litigants should be afforded latitude . . . they generally are required to inform themselves *904 regarding procedural rules and to comply with them" (internal quotations and citation omitted)); *see also Thomas v. Eli Lilly & Co.*, No. 21-CV-04237, 2022 WL 1501650, at *2 (E.D.N.Y. May 12, 2022); *Scruggs v. Fludd*, No. 19-CV-05163, 2019 WL 6827294, at *1 (E.D.N.Y. Dec. 11, 2019). To date, Plaintiff has failed to comply with the notice of deficient

2

filing or otherwise contacted the Court, and the time for doing so has passed.

Accordingly, the action is dismissed without prejudice.

**SO ORDERED.**

_____
KIYO A. MATSUMOTO
United States District Judge

Dated:   Brooklyn, New York
         March 7, 2023

3